UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA BRANSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON FINE WINE & SPIRITS, LLC, a Washington limited liability company doing business as TOTAL WINE & MORE; and DOES 1–20,<br><br>    Defendant. | No. 2:24-cv-00589-JHC<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:**<br>**Tuesday, May 7, 2024** |

Plaintiff Lisa Branson ("Plaintiff") and Defendant Washington Fine Wine & Spirits, LLC ("Defendant") by and through their undersigned counsel of record, hereby stipulate as follows:

1. Plaintiff's Class Action Complaint ("Complaint"), was originally filed in King County Superior Court (Case No. 24-2-06594-6 SEA) on March 26, 2024, and was served on Defendant on March 28, 2024.

2. Defendant filed a Notice of Removal on April 29, 2024.

2. Counsel for Plaintiff and Defendant have conferred and agree to extend the deadline for Defendant to respond to Plaintiff's Complaint to May 13, 2024.

3. No party will be prejudiced by the stipulated-to extension of time.

4. This is the first extension of the responsive pleading deadline sought by Defendant.

5. It is, therefore, STIPULATED AND AGREED, by and between the undersigned attorneys of record for Plaintiff and Defendant in the above-entitled action, that Defendant shall have up to and including May 13, 2024, to respond to the Complaint in this action.

DATED this 7th day of May, 2024.

McNAUL EBEL NAWROT & HELGREN PLLC

By:   s/Malaika M. Eaton
      Malaika M. Eaton, WSBA No. 32837

600 University Street, Suite 2700
Seattle, Washington  98101
(206) 467-1816
meaton@mcnaul.com

William J. Murphy
(*Admitted Pro Hac Vice*)
John J. Connolly
(*Admitted Pro Hac Vice*)
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202-1031
(410) 332-0444
wmurphy@zuckerman.com
jconnolly@zuckerman.com

Attorneys for Defendant Washington Fine Wine & Spirits, LLC, d/b/a Total Wine & More

EMERY | REDDY, PLLC

By: s/Timothy W. Emery
    Timothy W. Emery, WSBA No. 34078
    Patrick B. Reddy, WSBA No. 34092
    Paul Cipriani, WSBA No. 59991

600 Stewart Street, Suite 1100
Seattle, Washington 98101
(206) 442-9106
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

Attorneys for Plaintiff Lisa Branson

**<u>ORDER</u>**

This matter having come before the Court on the Stipulation and joint request of the Parties (Dkt. # 15), and good cause having been shown, now therefore,

IT IS SO ORDERED that Defendant shall have up to and including May 13, 2024, to respond to the Complaint in this action.

DATED this 7th day of May, 2024.

_____
John H. Chun
United States District Court Judge