UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

LISA BRANSON, individually and on behalf of all others similarly situated,

                   Plaintiff,

v.

WASHINGTON FINE WINE & SPIRITS, LLC, a Washington limited liability company doing business as TOTAL WINE & MORE; and DOES 1-20,

                   Defendants.

No. 2:24-cv-00589-JHC

**ORDER RE: PLAINTIFF'S MOTION TO REMAND**

     This matter comes before the Court on Plaintiff's Motion to Remand. Dkt. # 18. The Court had considered the materials submitted in support of, and in opposition to, the motion; the rest of the file; and the governing law. Being fully advised, for the reasons argued by Defendant Washington Fine Wine & Spirits, LLC, Dkt. # 19, the Court DENIES the motion. And the Court DENIES Plaintiff's motion to strike. Dkt. # 23.

     Dated this 12th day of June, 2024.

_John H. Chun_
John H. Chun
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO REMAND - 1

No. 2:24-cv-00589-JHC