UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

LISA BRANSON, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

WASHINGTON FINE WINE & SPIRITS, LLC, a Washington limited liability company doing business as TOTAL WINE & MORE; and DOES 1-20,

    Defendants.

No. 2:24-cv-00589-JHC

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND CLASS ACTION COMPLAINT

    Before the Court is "Plaintiff's Motion for Leave to Amend Class Action Complaint [Unopposed]." Dkt. # 27. In the proposed amended complaint, Plaintiff seeks to: (a) include Cherie Burke as a plaintiff; (b) incorporate Ms. Burke's allegations; (c) add pertinent information to the nature of the case section; and (d) expand the class definition to include all applicants for deficient job postings. *Id.* The Court accepts Plaintiff's representation that Defendant does not oppose the Motion. The Court GRANTS the motion. Plaintiff may file within ten (10) days of this order the First Amended Class Action Complaint attached as Exhibit 1 to the Declaration of Timothy W. Emery Dkt. # 28.

\

DATED this 15th day of July, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE