UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA BRANSON and CHERIE BURKE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON FINE WINE & SPIRITS, LLC, a Washington limited liability company doing business as TOTAL WINE & MORE; and DOES 1–20,<br><br>Defendants. | No. 2:24-cv-00589-JHC<br><br>ORDER |

This matter comes before the Court sua sponte.  The Court ORDERS the parties to file briefing by Friday, August 16, 2024, that responds to the following questions:

1. What is your position regarding whether the Court should certify a question to the Supreme Court of Washington regarding the definition of "job applicant" in RCW 49.58.110?

2. If the Court does so certify, what is your proposed wording for the question? The Court DIRECTS counsel to meet and confer to see whether the parties can agree as to this inquiry.

Each side (Plaintiffs and Defendants) is limited to 2,000 words of briefing.

ORDER - No. 2:24-cv-00589-JHC – Page 1

1  The Court STAYS Defendant Washington Fine Wine & Spirits, LLC's Motion to
2  Bifurcate Discovery.  Dkt. # 32.
3  DATED THIS 9th day of August, 2024.

*John H. Chun*
John H. Chun
United States District Judge