UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA BRANSON and CHERIE BURKE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>WASHINGTON FINE WINE & SPIRITS, LLC, a Washington limited liability company doing business as TOTAL WINE & MORE; and DOES 1–20,<br><br>　　　　　　　　　Defendant. | No. 2:24-cv-00589-JHC<br><br>ORDER ON DEFENDANT WASHINGTON FINE WINE & SPIRITS, LLC'S MOTION TO SUPPLEMENT THE RECORD FOR THE COURT'S AUGUST 20, 2024 ORDER CERTIFYING QUESTION TO WASHINGTON STATE SUPREME COURT (DKT. 44)<br><br>**CLERK'S ACTION REQUIRED** |

Before the Court is Defendant Washington Fine Wine & Spirits, LLC's Motion to Supplement the Record for the Court's August 20, 2024 Order Certifying Question to Washington State Supreme Court (Dkt. # 44) (the "Certification Order"). Dkt. # 46. The Court has reviewed all materials filed in support of an in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS the motion. The Court ORDERS that:

Page 3, line 4 of the Certification Order shall be amended to read: ". . . at docket numbers 1, 17, 19, 20, 21, 22, 31, 32, 33, 34, 36, 39, 40, 41, 42 & 43."

The Clerk is thereby DIRECTED to submit to the Washington Supreme Court electronic and certified copies of this order and all materials at docket numbers 19, 20, 21,

and 22. The Court certifies that with the addition of these additional documents the docket entries identified above contain all matters in the pending case deemed material for consideration of the question of local law certified for answer. *See* RCW 2.60.010(4)(b).

IT IS SO ORDERED.

DATED this 5th day of November, 2024.

*John H. Chun*
John H. Chun
United States District Judge