The Honorable John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA BRANSON and CHERIE BURKE, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

WASHINGTON FINE WINE & SPIRITS, LLC, a Washington limited liability company doing business as TOTAL WINE & MORE; and DOES 1-20,

Defendants.

NO. 2:24-cv-00589-JHC

**PLAINTIFFS' MOTION TO AMEND ORDER, OR IN THE ALTERNATIVE, MOTION TO SUPPLEMENT CERTIFIED RECORD**

NOTE ON MOTION CALENDAR: December 9, 2024

On November 5, 2024, the Court granted Defendant's motion to supplement the certified record to include materials from Defendant's response to Plaintiff Branson's motion to remand in the certified record. Dkt. 46. As part of that Order, the Court found that "with the addition of these additional documents the docket entries identified above contain all matters in the pending case deemed material for consideration of the question of local law certified for answer." *Id.* (citing RCW 2.60.010(4)(b)).

Plaintiffs now ask the Court to reconsider its ruling that the amended order reflects *all* of the matters that are material for consideration of the certified question. Indeed, for the same

PLAINTIFFS' MOTION TO AMEND ORDER, OR IN THE ALTERNATIVE, MOTION TO SUPPLEMENT - 1

No. 2:24-cv-00589-JHC

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

1  reasons that Defendant argued that the certification order should be modified pursuant to Federal
2  Rule of Civil Procedure (FRCP) 60(a), so too should the Court amend its order supplementing
3  the certified record to include all briefing and the Court's ruling on the motion to remand.

4  Specifically, although the Court concluded that Defendant's briefing and declarations in support of its opposition to Plaintiff Branson's motion to remand should be included in the certified record, the Court did not include Plaintiff's briefing on this motion or the Court's order denying the motion. Because the Court found that the materials identified by Defendant should be included in the certified record, Plaintiffs request that the Court amend its ruling to include in the certified record the entirety of the briefing and ruling for the motion to remand, including: Dkt. 18 (Plaintiff's motion to remand), Dkt. 23 (Plaintiff's reply in support of motion to remand), and Dkt. 25 (Order denying Plaintiff's motion to remand).

Accordingly, Plaintiffs request that the Court amend its order to include docket entries 18, 23, and 25 so that the entirety of the motion to remand briefing is included in the certified record as an oversight, pursuant to FRCP 60(a). Alternatively, Plaintiffs move the Court to supplement the certified record with docket entries 18, 23, and 25 for the same reasons.

DATED this 18th day of November, 2024.

*I certify that this Memorandum contains 328 words, in compliance with the Local Rules.*

**EMERY | REDDY, PLLC**

By: /s/ Timothy W. Emery
  Timothy W. Emery, WSBA No. 34078
  Patrick B. Reddy, WSBA No. 34092
  Paul Cipriani, WSBA No. 59991
  600 Stewart Street, Suite 1100
  Seattle, WA 98101
  Phone: (206) 442-9106
  Fax: (206) 441-9711
  Email: emeryt@emeryreddy.com
  Email: reddyp@emeryreddy.com
  Email: paul@emeryreddy.com

PLAINTIFFS' MOTION TO AMEND ORDER, OR IN THE ALTERNATIVE, MOTION TO SUPPLEMENT - 2

No. 2:24-cv-00589-JHC

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**TOUSLEY BRAIN STEPHENS PLLC**

By: */s/Rebecca L. Solomon*
    Rebecca L. Solomon, WSBA No. 51520
    Kim D. Stephens, P.S., WSBA No. 11984
    1200 Fifth Avenue, Suite 1700
    Seattle, Washington  98101
    Telephone:  206.682.5600
    Fax: 206.682.2992
    Email: rsolomon@tousley.com
    Email: kstephens@tousley.com

***Attorneys for Plaintiffs and the Class***

PLAINTIFFS' MOTION TO AMEND ORDER, OR IN THE ALTERNATIVE, MOTION TO SUPPLEMENT - 3

No. 2:24-cv-00589-JHC

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following CM/ECF participants:

Malaika M. Eaton, WSBA #32837
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: (206) 467-1816
Email: meaton@mcnaul.com

William J. Murphy
John J. Connolly
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202-1031
Telephone: (410) 332-0444
Email: wmurphy@zuckerman.com
Email: jconnolly@zuckerman.com

Dated this 18th day of November, 2024, at Seattle, Washington.

*/s/ Jennifer Chong*
Jennifer Chong, Legal Assistant
jennifer@emeryreddy.com

PLAINTIFFS' MOTION TO AMEND ORDER, OR IN THE ALTERNATIVE, MOTION TO SUPPLEMENT - 4

No. 2:24-cv-00589-JHC

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711