The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA BRANSON and CHERIE BURKE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WASHINGTON FINE WINE & SPIRITS, LLC, a Washington limited liability company doing business as TOTAL WINE & MORE; and DOES 1-20,<br><br>　　　　　　　　　Defendants. | No. 2:24-cv-00589-JHC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND ORDER OR, IN THE ALTERNATIVE, MOTION TO SUPPLEMENT CERTIFIED RECORD** |

Before the Court is Plaintiffs' Motion to Amend Order or, in the Alternative, Motion to Supplement Certified Record for the Court's November 5, 2024 Order (Dkt. #51), amending the Court's August 20, 2024 Order Certifying Question to Washington State Supreme Court (Dkt. # 44) ("Certification Order"). The Court has reviewed all materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS the motion. The Court ORDERS that:

　　Page 3, line 4 of the Certification Order shall be amended to read: " . . . at docket numbers 1, 17, 18, 19, 20, 21, 22, 23, 25, 31, 32, 33, 34, 36, 39, 40, 41, 42 & 43."

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO AMEND ORDER SUPPLEMENT CERTIFIED
RECORD - 1

No. 2:24-cv-00589-JHC

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

The Clerk is thereby DIRECTED to submit to the Washington Supreme Court electronic and certified copies of this order and all materials at docket numbers 18, 23, and 25. The Court certifies that with the addition of these additional documents the docket entries identified above contain all matters in the pending case deemed material for consideration of the question of local law certified for answer. *See* RCW 2.60.010(4)(b).

IT IS SO ORDERED.

DATED this ____ day of _____, 2024.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

Presented by:

EMERY | REDDY, PLLC

By: */s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

TOUSLEY BRAIN STEPHENS PLLC

By: */s/Rebecca L. Solomon*
Rebecca L. Solomon, WSBA No. 51520
Kim D. Stephens, P.S., WSBA No. 11984
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: 206.682.5600
Fax: 206.682.2992
Email: rsolomon@tousley.com
Email: kstephens@tousley.com

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO AMEND ORDER SUPPLEMENT CERTIFIED
RECORD - 2

No. 2:24-cv-00589-JHC

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711