UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA BRANSON and CHERIE BURKE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WASHINGTON FINE WINE & SPIRITS, LLC, a Washington limited liability company doing business as TOTAL WINE & MORE; and DOES 1-20,

Defendants.

No. 2:24-cv-00589-JHC

**ORDER**

Before the Court is Plaintiffs' Motion to Amend Order or, in the Alternative, Motion to Supplement Certified Record. Dkt. # 52. The Court has reviewed all materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS the motion. The Court ORDERS that:

Page 3, line 4 of the Certification Order at Dkt. # 44 shall be amended to read: " . . . at docket numbers

  1, 17, 18, 19, 20, 21, 22, 23, 25, 31, 32, 33, 34, 36, 39, 40, 41, 42 & 43."

The Court DIRECTS the CLERK to submit to the Washington Supreme Court electronic and certified copies of this Order and all materials at docket numbers 18, 23, and 25. The Court

ORDER - 1

No. 2:24-cv-00589-JHC

certifies that, with the addition of these additional documents, the docket entries identified above contain all matters in the pending case deemed material for consideration of the question of local law certified for answer.  *See* RCW 2.60.010(4)(b).

DATED this 10th day of December, 2024.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER - 2

No. 2:24-cv-00589-JHC