UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA BRANSON, individually and on behalf of all others similarly situated; BURKE CHERIE,<br><br>        Plaintiff,<br><br>    v.<br><br>WASHINGTON FINE WINES & SPIRITS, LLC, a Washington limited liability company doing business as TOTAL WINE & More; and DOES 1-20,<br><br>        Defendant. | CASE NO. 2:24-cv-00589-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Court has reviewed the parties' Joint Status Report, Dkt. # 57, and intends to enter a scheduling order that includes class certification briefing deadlines.

(2) The Court DIRECTS the parties to file a proposed scheduling order that includes class certification briefing deadlines by October 27, 2025.

(3) The Clerk is directed to forward a copy of this Order to all counsel of record.

MINUTE ORDER - 1

Dated this 20th day of October, 2025.

                                                                <u>Ravi Subramanian</u>
                                                                Clerk

                                                                <u>*/s/Ashleigh Drecktrah*</u>
                                                                Deputy Clerk

MINUTE ORDER - 2