# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LISA BRANSON and CHERIE BURKE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON FINE WINE & SPIRITS, LLC, a Washington limited liability company doing business as TOTAL WINE & MORE; and DOES 1–20,<br><br>Defendants. | No. 2:24-cv-00589-JHC<br><br>**STIPULATED CASE SCHEDULE AND ORDER** |

Pursuant to the Court's October 20, 2025, Minute Order, ECF No. 58, Plaintiffs Lisa Branson and Cherie Burke ("Plaintiffs") and Defendant Washington Fine Wine & Spirits, LLC ("Defendant") (together, "Parties"), respectfully stipulate and request that the Court reset the trial date to June 1, 2027, or later based upon the Court's availability, and that all other case deadlines be continued as follows:

//

//

//

//

STIPULATED PROPOSED CASE SCHEDULE AND
  ORDER - 1

| CASE EVENT | EVENT DATE |
|---|---|
| Plaintiffs' Disclosure of Expert Testimony (FRCP 26(a)(2) | September 21, 2026 |
| Defendants' Disclosure of Expert Testimony (FRCP 26(a)(2)) | October 12, 2026 |
| Disclosure of Rebuttal Expert Testimony (FRCP 26(a)(2)) | October 26, 2026 |
| All Discovery Motions Filed By | October 26, 2026 |
| Discovery Completed By | December 4, 2026 |
| Dispositive Motions & Daubert Motions Filed By | December 18, 2026 |
| Settlement Conference (if mediation requested) | January 11, 2027 |
| Mediation (LCR 39.1, if requested) | February 11, 2027 |
| Motions in Limine Filed By | March 29, 2027 |
| Agreed LCR 16.1 Pretrial Order Due | April 12, 2027 |
| Trial Briefs, Voir Dire, Jury Instructions Due | April 19, 2027 |
| Pretrial Conference (1:00 PM) | May 14, 2027 |
| **Trial Date** | June 1, 2027 |

The Parties further propose the following class certification briefing schedule:

| EVENT | DATE |
|---|---|
| Deadline for Plaintiffs to file their Motion for Class Certification | February 11, 2026 |
| Deadline for Defendant to file its Response | 30 days after service of motion |
| Deadline for Plaintiffs to file their Reply | 15 days after service of response |

IT IS SO STIPULATED.

Respectfully submitted this 27th day of October 2025.

STIPULATED PROPOSED CASE SCHEDULE AND
ORDER - 2

Presented By:

| | |
|---|---|
| **EMERY \| REDDY, PLLC** | **McNAUL EBEL NAWROT & HELGREN PLLC** |

By: */s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, Washington 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

**TOUSLEY BRAIN STEPHENS PLLC**

By: */s/ Rebecca L. Solomon*
Rebecca L. Solomon, WSBA No. 51520
Kim D. Stephens, P.S., WSBA No. 11984
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Phone: (206) 682-5600
Email: rsolomon@tousley.com
Email: kstephens@tousley.com

*Attorneys for Plaintiffs*

By: */s/ Malaika M. Eaton*
Malaika M. Eaton, WSBA No. 32837
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Email: meaton@mcnaul.com

William J. Murphy (*Admitted Pro Hac Vice*)
John J. Connolly (*Admitted Pro Hac Vice*)
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
Phone: (410) 332-0444
Email: wmurphy@zuckerman.com
Email: jconnolly@zuckerman.com

*Attorneys for Defendant Washington Fine Wine & Spirits, LLC, d/b/a Total Wine & More*

STIPULATED PROPOSED CASE SCHEDULE AND ORDER - 3

**ORDER**

IT IS ORDERED that the trial date in this action is reset to June 1, 2027.  The Court DIRECTS the Clerk to set pretrial deadlines according to the standard scheduled.  If there is good cause for doing so, any party may seek to modify the schedule,

Plaintiff's Motion for Class Certification shall be briefed in accordance with the following timeline:

| EVENT | DATE |
| --- | --- |
| Deadline for Plaintiffs to file their Motion for Class Certification | February 11, 2026 |
| Deadline for Defendant to file its Response | 30 days after service of motion |
| Deadline for Plaintiffs to file their Reply | 15 days after service of response |

IT IS SO ORDERED THIS 29th day of October, 2025.

_____
John H. Chun
United States District Judge

STIPULATED PROPOSED CASE SCHEDULE AND ORDER - 4