The Honorable John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA BRANSON and CHERIE BURKE, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

WASHINGTON FINE WINE & SPIRITS, LLC, a Washington limited liability company doing business as TOTAL WINE & MORE; and DOES 1-20,

Defendants.

NO. 2:24-cv-00589-JHC

**JOINT STIPULATION FOR RELIEF FROM DEADLINES REGARDING CLASS CERTIFICATION AND [PROPOSED] ORDER**

Noting Date: February 6, 2026

JOINT STIPULATION FOR RELIEF FROM DEADLINES AND [PROPOSED] ORDER- 1
Case No. 2:24-cv-00589-JHC

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Plaintiffs Lisa Branson and Cherie Burke and Defendant Washington Fine Wine & Spirits, LLC (together, the "Parties") hereby request the Court to extend the class certification deadlines set in its Order Granting Parties Stipulated Proposed Case Schedule (Dkt. 60). The Parties do not seek an extension of any other deadline, and this motion does not affect the scheduled trial date of June 1, 2027. The Parties propose the following deadlines for briefing class certification:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiffs to file their Motion for Class Certification | February 11, 2026 | May 4, 2026 |
| Deadline for Defendant to file its Response | 30 days after service of motion (March 13, 2026) | June 3, 2026 |
| Deadline for Plaintiffs to file their Reply | 15 days after service of response (March 28, 2026) | June 18, 2026 |

Good cause exists to extend these deadlines to allow the Parties sufficient time to conduct depositions in advance of the class certification deadline. Moreover, as set forth above, the proposed deadlines do not impact any other case schedule deadlines, including the trial setting in June 2027. Accordingly, the Parties jointly request that the Court provide such relief.

IT IS SO STIPULATED.

JOINT STIPULATION FOR RELIEF FROM
DEADLINES AND [PROPOSED] ORDER- 2
Case No. 2:24-cv-00589-JHC

Respectfully submitted this 6th day of February 2026.

**EMERY | REDDY, PLLC**

By: */s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, Washington 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

**TOUSLEY BRAIN STEPHENS PLLC**

By: */s/ Rebecca L. Solomon*
Rebecca L. Solomon, WSBA No. 51520
Kim D. Stephens, P.S., WSBA No. 11984
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Phone: (206) 682-5600
Email: rsolomon@tousley.com
Email: kstephens@tousley.com

*Attorneys for Plaintiffs*

**McNAUL EBEL NAWROT & HELGREN PLLC**

By: */s/ Malaika M. Eaton*
Malaika M. Eaton, WSBA No. 32837
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Email: meaton@mcnaul.com

**ZUCKERMAN SPAEDER LLP**

William J. Murphy (*Admitted Pro Hac Vice*)
John J. Connolly (*Admitted Pro Hac Vice*)
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
Phone: (410) 332-0444
Email: wmurphy@zuckerman.com
Email: jconnolly@zuckerman.com

*Attorneys for Defendant Washington Fine Wine & Spirits, LLC, d/b/a Total Wine & More*

JOINT STIPULATION FOR RELIEF FROM
DEADLINES AND [PROPOSED] ORDER- 3
Case No. 2:24-cv-00589-JHC

# [PROPOSED] ORDER

IT IS SO ORDERED that the deadlines for briefing in connection with class certification shall be amended as follows:

| EVENT | DATE |
|---|---|
| Deadline for Plaintiffs to file their Motion for Class Certification | May 4, 2026 |
| Deadline for Defendant to file its Response | June 3, 2026 |
| Deadline for Plaintiffs to file their Reply | June 18, 2026 |

IT IS SO ORDERED THIS _____ day of February, 2026.

_____
The Honorable John H. Chun
U.S. District Court Judge

Presented By:

**EMERY | REDDY, PLLC**

By: */s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, Washington 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

**TOUSLEY BRAIN STEPHENS PLLC**

By: */s/ Rebecca L. Solomon*
Rebecca L. Solomon, WSBA No. 51520
Kim D. Stephens, P.S., WSBA No. 11984
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Phone: (206) 682-5600
Email: rsolomon@tousley.com
Email: kstephens@tousley.com

*Attorneys for Plaintiffs*

**McNAUL EBEL NAWROT & HELGREN PLLC**

By: */s/ Malaika M. Eaton*
Malaika M. Eaton, WSBA No. 32837
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Email: meaton@mcnaul.com

**ZUCKERMAN SPAEDER LLP**

William J. Murphy (*Admitted Pro Hac Vice*)
John J. Connolly (*Admitted Pro Hac Vice*)
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
Phone: (410) 332-0444
Email: wmurphy@zuckerman.com
Email: jconnolly@zuckerman.com

*Attorneys for Defendant Washington Fine Wine & Spirits, LLC, d/b/a Total Wine & More*

JOINT STIPULATION FOR RELIEF FROM
DEADLINES AND [PROPOSED] ORDER- 4
Case No. 2:24-cv-00589-JHC