UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA BRANSON and CHERIE BURKE, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

WASHINGTON FINE WINE & SPIRITS, LLC, a Washington limited liability company doing business as TOTAL WINE & MORE; and DOES 1-20,

Defendants.

NO. 2:24-cv-00589-JHC

**ORDER TO SHOW CAUSE**

This matter comes before the Court sua sponte. The Court questions whether it has subject matter jurisdiction over this action, which involves a claim under RCW Chapter 49.58.110; specifically, whether Plaintiff alleges injury-in-fact to establish Article III standing. *See Atkinson v. Penney OpCo LLC*, 2026 WL 982793, at *3 (W.D. Wash. Apr. 13, 2026) (finding "allegations of an informational injury are inadequate and fail to show any actual harm against which the EPOA intends to protect"); *Milito v. Expedia Inc.*, 2026 WL 915077 (W.D. Wash. Apr. 3, 2026) (same). Thus, the Court ORDERS the parties to show cause as to why this matter should not be remanded for lack of subject matter jurisdiction or, alternatively, stayed

pending the Ninth Circuit's resolution of the standing issue on appeal in *Yount v. Whole Food Market Pacific Northwest, Inc.*, Ninth Circuit Case No. 26-6307. Each side's brief may not exceed 2,100 words and is due on or before Thursday, November 12, 2026.

The Court DIRECTS the Clerk to re-note the motion to dismiss at Dkt. # 65 for November 12, 2026.

DATED this 29th day of October, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE