**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LISA BRANSON and CHERIE BURKE, individually and on behalf of all other similarly situated,<br>Plaintiff,<br><br>v.<br><br>WASHINGTON FINE WINE & SPIRITS, LLC, a Washington limited liability company doing business as TOTAL WINE & MORE; and DOES 1-20,<br><br>Defendants. | No. 2:24-cv-00589-JHC<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE CASE DEADLINES**<br><br>[CLERK'S ACTION REQUIRED] |

This matter comes before the Court on the Plaintiffs' unopposed motion to continue case deadlines. Dkt. # 83. Having reviewed the request and otherwise being fully advised, the case deadlines in this matter are continued until after this Court's decision with regard to the October 29, 2026, Order to Show Cause, Dkt. # 81. If appropriate, the Court will reissue new case deadlines following its decision with regard to the Order to Show Cause.

SO ORDERED this 5th day of November, 2026.

John H. Chun
United States District Court Judge