UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LISA BRANSON, individually and on behalf of all others similarly situated; BURKE CHERIE,

Plaintiffs,

v.

WASHINGTON FINE WINE & SPIRITS LLC, a Washington limited liability company d/b/a Total Wine & More; DOES 1-20,

Defendants.

CASE NO. 2:24-cv-00589-JHC

**ORDER**

This matter comes before the Court on its Order to Show Cause. Dkt. # 81. Based on the parties' responses (Dkt. ## 86, 87), the Court STAYS this matter until resolution of *Yount v. Whole Foods Market Pacific Northwest, LLC*, Ninth Circuit Case No. 26-6307. The Court ORDERS the parties to submit supplemental briefing on the issue of standing within 30 days of the issuance of the final mandate of the Ninth Circuit's decision in *Yount*.

The Court DIRECTS the Clerk to terminate the motion at Dkt. # 65. Plaintiffs may ask the Court to re-note the motion if and when appropriate.

DATED this 13th day of November, 2026.

John H. Chun
United States District Judge